UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:21-mj-212-SKL |
| v. | ) EDMI Charging Dist. No. 2:21-mj-30496 |
| | ) |
| TYLIQUE QUAYSHAWN CAMPBELL | ) |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on October 26, 2021, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and criminal complaint out of the U.S.D.C., Eastern District of Michigan, Detroit. Those present for the hearing included:

(1) AUSA Steve Neff for the USA.
(2) The defendant, TYLIQUE QUAYSHAWN CAMPBELL.
(3) Attorney Damon Burk with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Burk with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and criminal complaint and attached affidavit and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Neff moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Eastern District of Michigan, Detroit. The defendant waived any detention hearing and preliminary hearing in this district, and asked that his hearings and any further proceedings be held in the U.S. District Court, Eastern District of Michigan, Detroit.

The defendant was advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure. After consulting with his counsel, Defendant asked that he be transferred to the Eastern District of Michigan, Detroit, the charging district.

It is ORDERED:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the U.S. District Court, Eastern District of Michigan, Detroit as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Eastern District of Michigan, Detroit for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

                                              s/     *Susan K. Lee*
                                              SUSAN K. LEE
                                              UNITED STATES MAGISTRATE JUDGE